*Wobd et al* v *Byington.* (*) J. R. LAWRENCE, for appellants; J. RHOADES, for respondent. This case, which was an appeal from an order of a surrogate made upon an application for the sale of the real estate of infants, was noticed as a special motion, and placed upon the calendar also: and the question was raised as to the manner in which it was to be heard.

The chancellor said the application before the surrogate was a summary proceeding, and therefore the appeal was not a proper case to be placed upon the calendar. And he directed that it should be heard as a special motion.